IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LION INS. CO. SERVICED BY
PACKARD CLAIMS
ADMINISTRATION, INC. AND
SOUTHEAST PERSONNEL
LEASING, INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1314

 Appellants,

v.

PEDRO MERCEDES,

 Appellee.

_____/

Opinion filed October 5, 2015.

An appeal from an order of the Judge of Compensation Claims.
Timothy M. Basquill, Judge.

Date of Accident: January 26, 2008.

William H. Rogner and Anthony M. Amelio, Winter Park, for Appellants.

Jane-Robin Wender, West Palm Beach, for Appellee.

PER CURIAM.

 AFFIRMED.

RAY, OSTERHAUS, and WINOKUR, JJ., CONCUR.